IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| CHRISTOPHER M. MOORE, | § |
| | § No. 93, 2023 |
| Defendant Below, | § |
| Appellant, | § Court Below—Superior Court |
| | § of the State of Delaware |
| v. | § |
| | § Cr. ID Nos. 0809012881, |
| STATE OF DELAWARE, | § 0706029538 (N) |
| | § |
| Appellee. | § |

Submitted: October 17, 2023
Decided: November 1, 2023

## **ORDER**

On September 5, 2023, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix by the filing deadline of August 18, 2023. On September 28, 2023, the Senior Court Clerk reissued the notice to show cause to an updated address for the appellant. The notice to show cause was delivered, as evidenced by the certified return receipt filed with the Court, by October 6, 2023. The appellant has not responded to the notice to show cause within the required ten-day period and has not filed his opening brief and appendix. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice